No. 323, Misc., October Term, 1963. MEE v. UNITED STATES, 377 U. S. 997;

No. 396, Misc., October Term, 1963. LOPEZ v. TEXAS, 378 U. S. 567;

No. 942, Misc., October Term, 1963. RAYMOND v. PENNSYLVANIA, 377 U. S. 999;

No. 955, Misc., October Term, 1963. PARHAM v. CALIFORNIA, 377 U. S. 945;

No. 973, Misc., October Term, 1963. SMITH v. UNITED STATES, 377 U. S. 954;

No. 982, Misc., October Term, 1963. REYNOLDS v. NEW JERSEY, 377 U. S. 1000;

No. 985, Misc., October Term, 1963. HERB v. WAINWRIGHT, CORRECTIONS DIRECTOR, 377 U. S. 987;

No. 1011, Misc., October Term, 1963. ROGERS v. UNITED STATES, 378 U. S. 549;

No. 1059, Misc., October Term, 1963. WILSON v. ILLINOIS, 377 U. S. 955;

No. 1089, Misc., October Term, 1963. MILLER v. UNITED STATES, 377 U. S. 968;

No. 1115, Misc., October Term, 1963. AHLSTEDT v. UNITED STATES, 377 U. S. 968;

No. 1133, Misc., October Term, 1963. BERRY v. WARDEN, QUEENS HOUSE OF DETENTION, 377 U. S. 981;

No. 1139, Misc., October Term, 1963. REYNOLDS v. NEW JERSEY, 377 U. S. 1000;

No. 1143, Misc., October Term, 1963. GAWANTKA v. UNITED STATES, 377 U. S. 969;

No. 1150, Misc., October Term, 1963. WILLIAMS v. SOUTH CAROLINA, 377 U. S. 1001;

No. 1151, Misc., October Term, 1963. MORRIS v. SOUTH CAROLINA, 377 U. S. 1001; and

No. 1179, Misc., October Term, 1963. FISHER v. UNITED STATES, 377 U. S. 999. Petitions for rehearing denied.